**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NIPPON ANIMATION CO., LTD.,
Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Civil Action No. 26-cv-04971

# [PROPOSED] PRELIMINARY INJUNCTION ORDER

The Court has considered Plaintiff's application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "Motion to Show Cause") and the oral arguments made at the hearing. Based on the papers and other evidence submitted in support of the Motion to Show Cause, including the Mu Declaration and Paragoso Declaration, and for good cause shown:

1. Plaintiff is likely to prevail on its copyright infringement claims at trial. against the Defendants. The Defendants are listed on Schedule A to the Complaint which is attached hereto as Schedule A.

2. As a result of Defendants' misconduct, Plaintiff is likely to suffer immediate and irreparable losses, damages, and injuries:

   a. Defendants, without any authorization or license from Plaintiff, have knowingly, willfully, and deliberately infringed Plaintiff's U.S. Copyright Registration No. PA 2-572-146 (the "CHIBI MARUKO-CHAN Work") in connection with the systematic advertisement, distribution, offering for sale, and sale of infringing products (the "Infringing Products") into the United States, including within this judicial district of New York, over the Internet through accounts with online marketplace platforms held by Defendants (the "User Account(s)").

Case 1:26-cv-04971-JGK Document 29 Filed 07/10/26 Page 2 of 8

b. Plaintiff has well-founded fears that more Infringing Products will appear in the marketplace using the same User Accounts or new and different User Accounts; that consumers may be misled, confused and disappointed by the quality of these Infringing Products, resulting in injury to Plaintiff's reputation and goodwill and, in particular, the reputation and goodwill related to Plaintiff's CHIBI MARUKO-CHAN Work.

3. On balance, the potential harm to Defendants of being prevented from continuing to profit from their illegal and infringing activities if a preliminary injunction order is issued is far outweighed by the potential harm to Plaintiff, its business, and the goodwill and reputation built up in and associated with Plaintiff's CHIBI MARUKO-CHAN Work if a preliminary injunction order is not issued.

4. Service on Defendants via electronic means is reasonably calculated to result in proper notice to Defendants and does not violate the Hague Service Convention because Defendants' addresses are unknown or unverifiable despite Plaintiff's due diligence.

**ORDER**

The injunctive relief previously granted in the Temporary Restraining Order (the "TRO") shall remain in place through the pendency of this action, and issuing this preliminary injunction order (this "Order") is warranted under Federal Rule of Civil Procedure 65, and 17 U.S.C. § 502. Based on the foregoing, Plaintiff's Motion to Show Cause is hereby **GRANTED** and it is **ORDERED** as follows:

1. Because sufficient cause has been shown, Defendants are hereby enjoined and restrained from engaging in any of the following conduct during the pendency of this action or until further order of the Court:

a. manufacturing, importing, possessing, advertising, offering for sale, selling, distributing, destroying, selling off, transferring, or otherwise disposing of any Infringing Products;

b. manufacturing, importing, advertising, offering for sale, selling, reproducing, or distributing any goods utilizing Plaintiff's CHIBI MARUKO-CHAN Work, other than genuine products manufactured or distributed by Plaintiff or its authorized manufacturers and distributors;

c. destroying, selling off, transferring, or otherwise disposing of any documents, electronically stored information, or financial records or assets of any kind relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any Infringing Products;

d. using Plaintiff's CHIBI MARUKO-CHAN Work on or in connection with any online seller account, storefront name, or identifier ("Seller Aliases") that any Defendant may own, operate, or control on any marketplace;

e. any and all use of Plaintiff's CHIBI MARUKO-CHAN Work as metatags, on any webpage (including the title of any web page), in any advertising links to other websites, from search engines' databases or cache memory, or any other form of use of such terms that are visible to a computer user or serve to direct computer searches to any Seller Aliases registered, owned or operated by any Defendant on any marketplace;

f. altering, disabling, closing, or transferring ownership of any Seller Alias on any marketplace, or creating any new Seller Alias or account on any marketplace for the purpose of, or that results in, engaging in any conduct

Case 1:26-cv-04971-JGK Document 29 Filed 07/10/26 Page 4 of 8

prohibited by this Order, during the pendency of this action, or until further Order of the Court.

**Asset Restraint**

2. Because sufficient cause has been shown, the asset restraint granted in the TRO shall remain in place through the pendency of this litigation, including that:

a. within five (5) days of receipt of service of this Order, Financial Institutions (i) PayPal, Inc. ("PayPal"), (ii) Payoneer, Inc. ("Payoneer"), (iii) Ping Pong Global Solutions, Inc. ("Ping Pong"), (iv) Coinbase Global, Inc. ("Coinbase"), (v) Whaleco Inc. ("Temu"), and (vi) Shopify Inc. d/b/a Shop Pay ("Shop Pay") (collectively referred to as the "Financial Institutions") shall locate all accounts associated with Defendants (the "Defendants' Accounts") and other assets belonging to Defendants, including any cryptocurrency (the "Defendants' Assets"), and shall locate, attach, and restrain the transfer or disposal of monies, funds, or assets from Defendants' Accounts and Defendants' Assets until further ordered by this Court. The Financial Institutions shall provide written confirmation of their compliance with the foregoing to Plaintiff.

**Expedited Discovery**

3. Because sufficient cause has been shown, the expedited discovery order previously granted in the TRO shall remain in place through the pendency of this litigation, including that:

a. within five (5) days of receipt of service of this Order, the Financial Institutions shall provide the following information to Plaintiff's counsel (to the extent such information is in the Financial Institutions' possession, custody, or control): (i) identifying information for Defendants, including all

Case 1:26-cv-04971-JGK Document 29 Filed 07/10/26 Page 5 of 8

available contact information (which shall include, if available, all known e-mail addresses and mailing addresses), as well as all associated account numbers and account balances, regardless of the platform or institution; (ii) any User Accounts and/or online marketplace websites affiliated with Defendants that are not listed on Schedule A to the Complaint, which shall also be attached hereto; and (iii) information concerning any of Defendants' Accounts or Defendants' Assets, including any and all related, connected, or otherwise associated accounts or assets, regardless of the hosting platform or institution.

4. Because sufficient cause has been shown, Plaintiff is authorized to conduct expedited discovery, including that:

a. Plaintiff may serve interrogatories and requests for production of documents, pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, as well as Local Civil Rule 33.3 of the Local Rules for the Southern District of New York, and Defendants who are served with this Order shall provide written responses under oath to such interrogatories and produce documents requested within seven (7) days of service to Plaintiff's counsel.

**<u>Service by Electronic Mail and/or Electronic Publication</u>**

5. Pursuant to Fed. R. Civ. P. 4(f)(3), because sufficient cause has been shown, service of this Order and the Complaint may be made on and shall be deemed effective as to Defendants and third parties if it is completed by the following means:

a. Delivery of: (i) PDF copies of this Order together with the Complaint; and (ii) a link to a website where each Defendant will be able to download PDF copies of this Order together with the Complaint, and all papers filed in this

action by Plaintiff (the "Link"), to Defendants' e-mail addresses as provided by the Financial Institutions, and/or via the messaging systems of the applicable online marketplace platforms. Service shall be made at least within forty-eight (48) hours of the date of this order.

**Security Bond**

6. The $25,000.00 bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Order is terminated.

**Application to Vacate or Dissolve**

7. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two (2) days' notice to Plaintiff, supported by a memorandum of law and any supporting declarations, or on shorter notice as set by this Court. Plaintiff shall have seven (7) days from receipt of such motion to file opposition papers.

John G. Koeltl

John G. Koeltl, U.S.D.J.
UNITED STATES DISTRICT JUDGE

July 16, 2016
at 12:34 p.m.

Case 1:26-cv-04971-JGK Document 29 Filed 07/10/26 Page 7 of 8

## Schedule A

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 1 | animeba | Standalone | animeba.com |
| 2 | CosplayMade | Standalone | cosplaymade.us |
| 3 | e78shop | Standalone | e78shop.com |
| 4 | figurechoice | Standalone | figurechoice.com |
| 5 | Manles Cosplay | Standalone | manlescosplay.com |
| 6 | nailholiday | Standalone | nailholiday.com |
| 7 | Saturn.G Museum | Standalone | saturng.com |
| 8 | Velturas | Standalone | velturas.com |
| 9 | Y's Club Anime & Cartoon Boutique | Standalone | ysclub.co |
| 10 | ChillNChic | Amazon | A9DVI5PMKE0AY |
| 11 | Adiman | Temu | 634418228034968 |
| 12 | Asssssssssss | Temu | 634418227376095 |
| 13 | BBJDHJYLK | Temu | 634418226242771 |
| 14 | bozeo | Temu | 634418221420095 |
| 15 | CaseCrafter | Temu | 634418220505659 |
| 16 | chi c | Temu | 634418218431732 |
| 17 | COOLCASECD | Temu | 634418225413335 |
| 18 | Cute Cases One | Temu | 634418219623074 |
| 19 | DGHFGHFFF | Temu | 634418225353232 |
| 20 | DIDIYU | Temu | 634418228436788 |
| 21 | DIY HOME LIFE STYII | Temu | 634418228272713 |
| 22 | Elvis Chen | Temu | 634418214654517 |
| 23 | exctg | Temu | 634418221687788 |
| 24 | Fang Yu and Qi Qi office supplies | Temu | 634418222670814 |
| 25 | fo xmail | Temu | 634418226666490 |
| 26 | GoodsVille | Temu | 634418226715151 |
| 27 | HDY K Pillow Cover | Temu | 634418226333803 |
| 28 | HomeLifeShop | Temu | 634418212006848 |
| 29 | Hu gong shan | Temu | 634418212225077 |
| 30 | HUAYINGLIN | Temu | 634418228436578 |
| 31 | in in funny sticker | Temu | 634418221286472 |
| 32 | JINyuyshop | Temu | 634418228214422 |
| 33 | Ju Ju funny sticker | Temu | 634418221619197 |
| 34 | KLGDFJKCFD | Temu | 634418226559044 |
| 35 | luffykuku | Temu | 634418225330143 |
| 36 | Lyantingshe | Temu | 634418220297308 |
| 37 | Macro hundred digital | Temu | 254811368160 |
| 38 | MelonGogo | Temu | 634418222434430 |
| 39 | Meraki Maison | Temu | 634418226602387 |

Case 1:26-cv-04971-JGK Document 29 Filed 07/10/26 Page 8 of 8

| Doe No. | Seller Alias | Platform | Seller ID |
|---|---|---|---|
| 40 | MiofashionLife | Temu | 634418226921920 |
| 41 | Pay Sumer Shop | Temu | 634418228005689 |
| 42 | QYFTJ | Temu | 634418216831906 |
| 43 | Sarah shopping | Temu | 634418227239535 |
| 44 | Sarariching | Temu | 634418227849001 |
| 45 | SeaBlanket | Temu | 634418227012232 |
| 46 | SHUNGAXINGSAN | Temu | 2165879312418 |
| 47 | Small fruit granules | Temu | 634418227135662 |
| 48 | SofaHomeLife | Temu | 634418221158141 |
| 49 | Take away the blanket | Temu | 634418228302972 |
| 50 | TengTuHomeLife | Temu | 634418221025096 |
| 51 | Uffo m | Temu | 634418226819832 |
| 52 | Wang Ge Acrylic | Temu | 634418226216116 |
| 53 | WJHSHOE | Temu | 634418227669196 |
| 54 | WUJIANYU | Temu | 634418225049609 |
| 55 | Wusi | Temu | 634418219843645 |
| 56 | XQingtop | Temu | 634418227703589 |
| 57 | XUPINBO | Temu | 634418228014575 |
| 58 | xushuaishop | Temu | 634418224528295 |
| 59 | YUBAOYU | Temu | 634418228697279 |
| 60 | YYUANG | Temu | 634418228381952 |
| 61 | ZHIHUAXIA Shop | Temu | 634418227796569 |
| 62 | ZiQingShe | Temu | 634418211941286 |